U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

David R. Hose

vs.

The United States of America

No. 1:07-CV-01805 PLF

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, AMBIKO GUICE, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge; Complaint and Election of Jury Trial with Exhibits; and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

    That my date of birth / age is 11-03-1974.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 12:32 pm on October 18, 2007, I served The United States of America c/o Jeffrey A. Taylor, United States Attorney for the District of Columbia at 501 3rd Street, NW, Washington, DC 20530 by serving Gary Nails, Docket Clerk, authorized to accept. Described herein:

```
    SEX-    MALE
    AGE-    32
 HEIGHT-    5'9"
   HAIR-    BLACK
 WEIGHT-    170
   RACE-    BLACK
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on 10-19-07
           Date

AMBIKO GUICE
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 196013