U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA


David R. Hose

vs.

The United States of America


No. 1:07-CV-01805 PLF

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC


I, WESLEY JENNINGS, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge; Complaint and Election of Jury Trial with Exhibits; and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 03-01-1980.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 12:17 pm on October 18, 2007, I served The United States of America c/o Peter D. Keisler, Acting Attorney General of the United States at 950 Pennsylvania Avenue, NW, Washington, DC 20530 by serving Quanetta Evans, General Clerk II, authorized to accept. Described herein:

```
   SEX-   FEMALE
   AGE-   29
HEIGHT-   5'7"
  HAIR-   BLACK
WEIGHT-   185
  RACE-   BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on _10-19-07_
            Date

WESLEY JENNINGS
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 196015