UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVID R. HOSE, | ) | |
| 206 E. Whitlock Ave. | ) | |
| Winchester, Virginia 22601, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-1805 PLF |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

DEFENDANTS' UNOPPOSED MOTION
FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil
Procedure, Defendant United States of America respectfully moves
this Court for an enlargement of time of sixty days, to and
including February 15, 2008, in which to file its response to
Plaintiff's Complaint in this case.  This case was originally
assigned to Assistant U.S. Attorney Marina Utgoff Braswell, but
due to a medical emergency in her family the case is being
reassigned to the Torts Branch of the Civil Division of the
United States Department of Justice.  In particular, Ms. Braswell
has had to be out of the office, and out of town, numerous days
during the last few weeks due to the critical illness of her 90-
year old mother, which has required repeated doctor and hospital
visits.  The diagnostic process has not yet been completed and
will require Ms. Braswell's continued periodic absences from the
office for the next few weeks.  Accordingly, Ms. Braswell will be
unable to work on this case and it must be reassigned.

Upon receiving the case the Civil Division will need to review the Complaint, research the applicable state law, and work with the relevant federal agencies to ascertain the pertinent facts.  In addition, because this case presents issues pertinent to the on-going federal investigation into the anthrax mail attacks of 2001, the Civil Division also will need to coordinate with the Federal Bureau of Investigation to make certain that nothing is done in this case that would interfere with that investigation.

Consequently, for this to be accomplished, defendant needs an extension of time of 60 days in order to respond to the Complaint in a thorough manner, after the appropriate consultation with agencies and supervisory review.

By telephone call on December 12, 2007, Plaintiff's counsel graciously consented to this motion.

Accordingly, for the foregoing reasons, Defendant respectfully requests that this unopposed motion for an enlargement of time be granted.

Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____/s/_____
MARINA UTGOFF BRASWELL, DC BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226

```
                      UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLUMBIA

DAVID R. HOSE,                    )
206 E. Whitlock Ave.             )
Winchester, Virginia 22601,      )
                                 )
          Plaintiff,             )
                                 )
          v.                     )    Civil Action No. 07-1805 PLF
                                 )
THE UNITED STATES OF AMERICA,    )
                                 )
          Defendant.             )
_____)
```

                                ORDER

     Upon consideration of Defendant's Unopposed Motion for

Enlargement of Time, and of the entire record, and it appearing

to the Court that the granting of defendant's unopposed motion,

pursuant to Rule 6(b) of the Federal Rules of Civil Procedure,

would be just and proper, it is by the Court this _____day of_____

_____, 2007,

     ORDERED that Defendant's Unopposed Motion For Enlargement of

Time be, and it is, granted, and it is further

     ORDERED that the time in which Defendant must file its

response to Plaintiff's Complaint be, and it is, enlarged up to

and including February 15, 2008.


                              _____
                              UNITED STATES DISTRICT JUDGE

Copies to:


Marina Utgoff Braswell
Assistant United States Attorney
U.S. Attorney's Office
Judiciary Center Building
555 4th Street, N.W.,
Washington, D.C. 20530


Leslie D. Hershfield, Esq.
Schulman, Treem, Kaminkow
Gilden & Ravenell, P.A.
The World Trade Center, Suite 1800
401 East Pratt Street
Baltimore, MD 21202