```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

DAVID R. HOSE,                    )
206 E. Whitlock Ave.              )
Winchester, Virginia 22601,       )
                                  )
        Plaintiff,                )
                                  )
        v.                        )   Civil Action No. 07-1805 PLF
                                  )
THE UNITED STATES OF AMERICA,     )
                                  )
        Defendant.                )
                                  )
```

<u>PRAECIPE</u>

The Clerk of this Court will please enter the appearance of David S. Fishback, Assistant Director, Torts Branch (Environmental Torts), Civil Division, United States Department of Justice, as counsel for Defendant in this case and withdraw the appearance of United States Attorney Marina Utgoff Braswell.

                      /s/
                      _____
DAVID S. FISHBACK, D.C. BAR #182907
Assistant Director
Torts Branch (Environmental Torts)
Civil Division
United States Department of Justice
P.O. Box 340, Ben Franklin Station
Washington, D.C. 2004
Tel: 202-616-4206/Fax 616-4473
David.Fishback@usdoj.gov
Attorney for Defendant
United States of America

CERTIFICATE OF SERVICE

     I hereby certify that on December 14, 2007, a copy of the foregoing Praecipe was served by first class mail upon the following counsel for plaintiff:

> Leslie D. Hershfield
> Schulman, Treem, Kaminkow, Gilden &
>  Ravenell, P.A.
> The World Trade Center, Suite 1800
> 401 East Pratt Street
> Baltimore, Maryland 21202

     /s/
_____
DAVID S. FISHBACK, D.C. BAR #182907
Assistant Director
Torts Branch (Environmental Torts)
Civil Division
United States Department of Justice
P.O. Box 340, Ben Franklin Station
Washington, D.C. 2004