IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID R. HOSE<br>206 E. Whitlock Ave.<br>Winchester, VA 22601 | \* <br><br>\* |
| Plaintiff, | \* |
| vs. | \*   Civil Action No. 07-1805 PLF |
| THE UNITED STATES OF AMERICA, | \* |
| Defendant | \* |

**CONSENT MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff, David R. Hose, respectfully moves this Court for an enlargement of time. The United States of America does not oppose this request. The enlargement of time sought is as follows:

1. The Defendant United States of America has until Monday, March 3, 2008, to file its response to Plaintiff's Complaint in this case.

2. Thereafter, Plaintiff David R. Hose shall have until Monday, May 5, 2008, to file his Response to Defendant United States of America's Response to Plaintiff's Complaint.

3. Finally, Defendant United States of American shall have until Monday, May 19, 2008, to file its Reply.

The length and timing of this request has been approved by all the Parties. This request is made to accommodate counsel for Mr. Hose's schedule as he is in the process of moving and will be out of the office for extended periods of time for the remainder of this month.

1

Respectfully submitted,


/s/ DAVID FISHBACK, ESQUIRE
U.S. Department of Justice
1331 Pennsylvania Avenue, #8024S
Washington, DC 20004

/s/ LESLIE D. HERSHFIELD, ESQUIRE
Schulman, Treem, Kaminkow & Gilden, P.A.
The World Trade Center, Suite 1800
401 East Pratt Street
Baltimore, Maryland 21202

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVID R. HOSE<br>206 E. Whitlock Ave.<br>Winchester, VA 22601 | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No. 07-1805 PLF |
| THE UNITED STATES OF AMERICA, | * | |
| Defendant | * | |

## ORDER

Upon consideration of Defendant's Unopposed Motion for Enlargement of Time, and of the entire record, and it appearing to the Court that the granting of defendant's unopposed motion, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, would be just and proper, it is by the Court this _____ day of _____ 2007,

ORDERED that Defendant's Unopposed Motion for Enlargement of Time be, and it is, granted, and it is further

ORDERED that the time in which Defendant must file its response to Plaintiff's Complaint be, and it is, enlarged up to and including February 15, 2008.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

David Fishback, Esquire
U.S. Department of Justice
P.O. Box 240
Ben Franklin Station
Washington, DC 20044

Kirsten Wilkerson, Esquire
U.S. Department of Justice
1331 Pennsylvania Avenue, #8014S
Washington, DC 20004

Leslie D. Hershfield, Esquire
Schulman, Treem, Kaminkow & Gilden, P.A.
The World Trade Center, Suite 1800
401 East Pratt Street
Baltimore, Maryland 21202