UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID R. HOSE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )　　Civil Action No. 1:07-cv-01805 PLF |
| | )　　ECF |
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

**PRAECIPE**

    The Clerk of this Court will please enter the appearance of Kirsten Wilkerson, Trial Counsel, Torts Branch (Environmental Torts), Civil Division, United States Department of Justice, as counsel for the Defendant in this case.

                              /s/
KIRSTEN L. WILKERSON (MO Bar # 49082)
Trial Attorney
Torts Branch (Environmental Torts)
United States Department of Justice
1331 Pennsylvania Ave., NW
Suite 8014 South
Tel: (202) 353-7750/Fax: (202) 616-4473
Kirsten.wilkerson@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on February 29, 2008, I caused a copy of the foregoing Praecipe to be served by Federal Express and through Electronic Case Filing on counsel for the plaintiff:

Leslie D. Hershfield, Esquire
Schulman, Treem, Kaminkow, Gilden & Ravenell, P.A.
The World Trade Center, Suite 1800
401 East Pratt Street
Baltimore, MD 21202
(410) 332-0850

                                                                  /s/
                                        KIRSTEN L. WILKERSON (MO Bar # 49082)
                                        Trial Attorney
                                        Torts Branch (Environmental Torts)
                                        United States Department of Justice
                                        1331 Pennsylvania Ave., NW
                                        Suite 8014 South
                                        Tel: (202) 353-7750/Fax: (202) 616-4473
                                        Kirsten.wilkerson@usdoj.gov