IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVID R. HOSE<br>206 E. Whitlock Ave.<br>Winchester, VA 22601 | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No. 07-1805 PLF |
| THE UNITED STATES OF AMERICA, | * | |
| Defendant | * | |

### CONSENT MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff, David R. Hose, respectfully moves this Court for an enlargement of time. The United States of America does not oppose this request. The enlargement of time sought is as follows:

1. Plaintiff David R. Hose shall have until Monday, May 12, 2008, to file his Response to Defendant United States of America's Motion to Dismiss Complaint.

2. Thereafter, Defendant United States of American shall have until Tuesday, May 27, 2008, to file its Reply.

The length and timing of this request has been approved by all the Parties. This request is made to accommodate the schedule of counsel for Mr. Hose.

1

Respectfully submitted,

/s/ KIRSTEN WILKERSON, ESQUIRE
U.S. Department of Justice
1331 Pennsylvania Avenue, #8014S
Washington, DC 20004

/s/ LESLIE D. HERSHFIELD, ESQUIRE
Schulman, Treem, Kaminkow & Gilden, P.A.
The World Trade Center, Suite 1800
401 East Pratt Street
Baltimore, Maryland 21202

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVID R. HOSE<br>206 E. Whitlock Ave.<br>Winchester, VA 22601 | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No. 07-1805 PLF |
| THE UNITED STATES OF AMERICA, | * | |
| Defendant | * | |

## ORDER

Upon consideration Plaintiff's Unopposed Motion for Enlargement of Time, and of the entire record, and it appearing to the Court that the granting of Plaintiff's unopposed motion, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, would be just and proper, it is by the Court this _____ day of _____ 2008,

ORDERED, that Plaintiff's Unopposed Motion for Enlargement of Time be, and it is, granted, and it is further

ORDERED, that the time in which Plaintiff must file his response to Defendant's Motion to Dismiss is enlarged up to and including Monday, May 12, 2008, and it is further

ORDERED, that the time in which Defendant must file their reply is enlarged up to and including Tuesday, May 27, 2008.

_____
UNITED STATES DISTRICT JUDGE

**END OF ORDER**

Copies to:

Kirsten Wilkerson, Esquire
U.S. Department of Justice
1331 Pennsylvania Avenue, #8014S
Washington, DC 20004

Leslie D. Hershfield, Esquire
Schulman, Treem, Kaminkow & Gilden, P.A.
The World Trade Center, Suite 1800
401 East Pratt Street
Baltimore, Maryland 21202